# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BETTY MAHANAY, ET AL

    VS                                              CASE NO. 3:07cv233 MCR/EMT

MERCK & CO., INC.

**REFERRAL AND ORDER**

Referred to Judge Rodgers on     August 17, 2007
Type of Motion/Pleading: UNOPPOSED MOTION TO STAY PROCEEDINGS
Filed by:   Plaintiffs   on 8/16/07    Document 9
( X ) Consented
RESPONSES:
                                             on             Doc.# 
                                             on             Doc.#
                                             WILLIAM M. McCOOL, CLERK OF COURT

                                             /s/ *Lynn C. Uhl*
                                             Deputy Clerk

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 20th day of August, 2007, that:

    The requested relief is GRANTED. All proceedings are stayed.

                                             s/ *M. Casey Rodgers*
                                             M. CASEY RODGERS
                                             UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: \_\_\_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____