UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BETTY B. MAHANAY, ET AL

    VS                                      CASE NO.  3:07cv233 MCR/EMT
                                                MDL CASE NO.   1789

MERCK & COMPANY, INC.

**NOTICE OF TRANSFER OUT OF DISTRICT**

**To:**    Clerk, United States District Court
         Southern District of New York
         500 Pearl Street
         New York, N.Y. 10007

      Pursuant to the Order of the MDL Panel transferring the above-styled civil action to your court and notification by your court, please find attached a certified copy of the docket sheet, copy of your letter requesting the transfer, and **instructions for retrieving the electronic file,** in said civil action.

      Please acknowledge receipt of the file and docket sheet on the enclosed copy of this notice of transmittal.

                                      WILLIAM M. McCOOL, CLERK OF COURT

August 22, 2007
DATE:                                Deputy Clerk: Lynn Uhl

Acknowledgment:
Date received in your district:
Your Case No.: